**LITE DEPALMA GREENBERG & RIVAS, LLC**
Alberto Rivas
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
*Attorneys for Petitioner*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### *DOCUMENT ELECTRONICALLY FILED*

| | |
|---|---|
| MICHEL FERNANDEZ,<br>　　　　　　　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　　　Respondent. | ) Civil Action No. 08-5843 (PGS)<br>)<br>) **RULE 41 NOTICE OF VOLUNTARY**<br>) **DISMISSAL AND [PROPOSED]**<br>) **ORDER GRANTING DISMISSAL**<br>) **WITHOUT PREJUDICE**<br>)<br>)<br>) |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Petitioner Michel Fernandez, by counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal of this action without prejudice against the Respondent. This Notice is appropriate given that the Respondent has not filed any responsive pleading as of this date.

DATED: January 21, 2009          **LITE DEPALMA GREENBERG & RIVAS, LLC**

　　　　　　　　　　By:   /s/ Alberto Rivas
　　　　　　　　　　　　Alberto Rivas
　　　　　　　　　　　　Two Gateway Center, 12th Floor
　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　Telephone: (973) 623-3000

IT IS SO ORDERED.
Dated: 1/22/09

_____
Hon. Peter G. Sheridan, U.S.D.J.

-1-